# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kevin Tyrone Hickman,

    Plaintiff(s),

vs.

Frederick B. Hubbard,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:080cv146

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/9/2008 Order.

Signed: April 10, 2008

Frank G. Johns, Clerk
United States District Court